ACCEPTED
12-14-00245-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/12/2015 1:43:29 PM
CATHY LUSK
CLERK

## NO. 12-14-00245-CR

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/12/2015 1:43:29 PM
CATHY S. LUSK
Clerk

_____

**JUSTIN CHRISTIAN**
**Appellant**

**V.**

**STATE OF TEXAS**
**State**

_____

## MOTION TO WITHDRAW

_____

### TO THE HONORABLE COURT OF APPEALS

NOW COMES, ALLEN W. ROSS, court-appointed attorney for JUSTIN CHRISTIAN, Appellant, and respectfully requests that he be allowed to withdraw from that representation in each case, and would show as follows, to-wit:

1. Counsel was appointed to represent Appellant after the sentencing hearing in this case.

2.      Counsel has filed an Appellate Brief, pursuant to Anders v. California, 386 U.S. 738 (1967).  As counsel believes there are no meritorious issues for appeal, there is no need for continued representation by counsel.

3.      Attached hereto as Exhibit "A" is a copy of a letter sent by certified mail return receipt requested to Appellant by Counsel.  Counsel enclosed a copy of Appellant's Brief with this letter.  Counsel is providing a copy of the record to Appellant.  The letter informs Appellant of his right to file a pro se Brief, and to seek an extension of time to do so.

RESPECTFULLY SUBMITTED,

ALLEN W. ROSS
Attorney at Law
PO Box 528
Jacksonville, TX 75766
903.683.2454 (voice)
866.576.5317 (fax)
allen@arossatty.com

By:   _____
ALLEN W. ROSS
SBN: 00788324
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Counsel's Motion to Withdraw was hand delivered to the attorney for the state and mailed to:

JUSTIN CHRISTIAN
TDCJ-ID #01951215
Bradshaw State Jail
PO Box 9000
Henderson, TX 75693

by depositing same, enclosed in post paid, properly addressed wrapper, in a Post Office or official depository, under the care and custody of the United States Postal Service, or by other recognized means pursuant to the Rules of Appellate Procedure, on the date of filing hereof.

_____
ALLEN W. ROSS

# Allen W. Ross

### Attorney & Counselor at Law

January 12, 2015

**<u>Certified Mail Receipt 7011 1150 0001 4823 7920</u>**

Mr. Justin Christian
TDCJ-ID #01951215
Bradshaw State Jail
P.O. Box 9000
Henderson, TX 75693

     RE:    Appeal of Probation Revocation
             Appellate Cause #12-14-00245-CR
             Twelfth Court of Appeals, Tyler, TX

Dear Mr. Christian:

Enclosed herewith please find the following documents:

1. a copy of the brief I filed in your case;
2. a *Motion to Withdraw*; and
3. *Motion for* Pro Se *Access to the Appellate Record*

After several careful readings of the record in your case, there does not appear to be and meritorious issues to be raised on direct appeal.

Because I have filed this brief and a *Motion to Withdraw*, you have the right to request a copy of the record in your case, to file a pro se brief in your case, and to request an extension of time to file. This extension must be filed with the Court of Appeals no later than February 12, 2015.

142 W. 5th Street | Rusk, Texas 75785 (physical) | PO Box 528 | Jacksonville, TX 75766 (mailing)
903.683.2454 (voice) ~ 866.576.5317 (fax)
allen@arossatty.com

I am notifying you that this Brief requests that the appeal be found to be frivolous and be dismissed. Along with the Brief, a *Motion to Withdraw* has been filed requesting permission of the appellate court for Counsel to withdraw from this case that if granted, would leave you representing yourself as a *pro se* litigant.

I am further advising you that you have a right to prepare and file a *pro se* Brief, meaning that Appellant can prepare and file with the appellate court his own *pro se* Brief, under his own signature, pointing out to the appellate court any errors or problems he sees in the record or any reason why Appellant feels the appeal is not frivolous.   You also have a right to request an extension of time to file your brief.  The brief and/or the extension request must be filed with the Court of Appeals **no later than February 12, 2015**.

 You also have a right to review the record before filing a *pro se* Brief. If you desires to file a *pro se Brief* with the appellate court, then you should immediately file a <u>Motion for *Pro Se* Access to the Appellate Record</u> with the appellate court.  In this letter I have included a form <u>Motion for *Pro Se* Access to the Appellate Record</u> for this purpose.  The form motion lacks only your signature and the date, and it informs you that, in order to preserve and pursue his right to review the appellate record, if you choose to invoke it, you must sign and date the form motion and send it on to the court of appeals **within ten days of the date of this letter.**

Finally, you are further advised that if you present a *pro Se* Brief or Motion for *Pro Se* Access to the Appellate Record to the appellate court [Twelfth Court of Appeals, 1517 West Front Street, Suite 354, Tyler, Texas 75702, Attention:  Cathy Lusk, Clerk], then you must also:

1) provide a copy of his Brief to Counsel [Allen W. Ross, P.O. Box 528, Jacksonville, Texas 75766]; 2) provide a copy of his Brief to the State [Rachel Patton, P.O. Box 450, Rusk, Texas 75785]; and 3) include in his Brief a written statement ("Certificate of Service") that you sent copies of his Brief and/or Motion to Counsel and to the State.

Sincerely,

ALLEN W. ROSS

Enc.